

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00052-CV

COMMUNITY HOSPITAL CORPORATION AND
CONTINUECARE HOSPITAL OF TYLER, INC., Appellants

V.

SELECT SPECIALTY HOSPITAL - LONGVIEW, INC., Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 18-0718

Before Morriss, C.J., Burgess and Carter,* JJ.
Memorandum Opinion by Justice Burgess

_____
*Jack Carter, Justice, Retired, Sitting by Assignment

# MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See*

TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     September 16, 2019
Date Decided:       September 17, 2019